ROBERT CATERSON v. JOSEPHINE A. HERRMANN.— Motion denied, with ten

dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.